*Cole v. Goossen*

Defendant's Exhibits

| # | Description | Offered/Admitted |
|---|---|---|
| 101 | Map of the Capitol square | |
| 102 | Kansas Historical Society publications (two publication excerpts) | |
| 103 | Guide to the Restored Kansas State Capitol, Kansas Historical Society publication | |
| 104 | Map of the Statehouse | |
| 105 | Kansas Historical Society's policy for use of parts of visitor center | |
| 106 | Kansas Historical Society's application for use of parts of visitor center | |
| 107 | KDOA Policy for Usage of the Statehouse and Capitol Complex | |
| 108 | KDOA Application for Event | |
| 109 | Events Reminders | |
| 110 | LCC's written policies for usage of its controlled/managed parts of Statehouse | |
| 111 | Trespass Warnings - redacted | |
| 112 | Video of banners, Hammet web link | |
| 113 | Photograph of one banner | |
| 114 | Incident report – Officer Whitsell | |
| 115 | Incident report – Lt. Hatcher | |
| 116 | Video recording – Plaintiff Cole | |
| 117 | Capitol police security video | |
| 118 | Plaintiff photos P00001-P00005 | |