# Kansas State Capitol Map

Ⓔ Cage elevator

Ⓟ Public elevator

Ⓜ Men's ADA restrooms

Ⓦ Women's ADA restrooms

🔼 Stairs

N W E S



**GROUND LEVEL**

- Elevator to parking garage
- Security checkpoint
- Main entrance
- Capitol Store
- Capitol Visitor Center
- Dining room
- Revisor of Statutes 24-E
- Legislative Research 68-W
- News media 37-E
- Document room 58-S



**FIRST FLOOR**

- Rotunda
- Overmyer murals



**SECOND FLOOR**

- Curry murals
- Secretary of State's ceremonial office 212-N
- Winter murals
- Governor's office 241-S
- Felten statues
- Lieutenant Governor's office 252-S
- Flags
- McKinney windows

**THIRD FLOOR**

- Don's Snack Shop 380-W
- State Library 312-N
- Senate
- House of Representatives
- Post Office (session) 340-E
- Old Supreme Court 346-S



**FOURTH FLOOR**

- House of Representatives gallery
- Senate gallery
- Page Office 440-E



**FIFTH FLOOR**

- Vending machines
- Dome tour entrance 520-E
- Legislative Services 551-S

YOUR STORIES OUR HISTORY

**KANSAS HISTORICAL SOCIETY**

**KANSAS STATE CAPITOL**

Kansas State Capitol Visitor Center
SW 8th and SW Van Buren
Topeka
785-296-3966
kshs.capitol@ks.gov
kshs.org/capitol

**Building Hours:** 8 a.m. – 5 p.m. Monday – Friday
10 a.m. – 4 p.m. Saturday • Closed Sunday and state holidays

**Historic Tours:**
10 and 11 a.m., 1, 2, and 3 p.m. Saturday
January – May • 9, 10, 11 a.m., 1, 2, and 3 p.m. Monday – Friday
June – December • 9 and 11 a.m., 1 and 3 p.m. Monday – Friday

**Dome Tours:**
9:15, 10:15, and 11:15 a.m., 12:15, 1:15, 2:15, and 3:15 p.m. Monday – Friday
10:15 and 11:15 a.m., 12:15, 1:15, 2:15, and 3:15 p.m. Saturday

The Capitol Store is open 9 a.m. – 5 p.m. Monday – Friday,
10 a.m. – 4 p.m. Saturday.

Tours provided by the Kansas Historical Society.          ©2017