Exhibit B

# POLICY FOR USAGE

# OF THE STATEHOUSE AND

# CAPITOL COMPLEX

**State of Kansas**

**Department of Administration**

**Office of Facilities and Property Management**

**Frank Burnam, Director**

**January 2018**

Approved by:

_Sarah Shipman_

Sarah L Shipman, Secretary
Department of Administration

1

# Table of Contents

## Events at the Statehouse and Capitol Complex

1. Introduction

2. Applications

3. Limitations and Conditions

# 1. Introduction:

a. The Capitol Complex Event Coordinator, Office of Facilities and Property Management (OFPM), Department of Administration is the reservation/information center for events in the Capitol Complex.

b. The Statehouse is a historic landmark and focal point of State government in Kansas. Hundreds of scheduled events take place at the Statehouse and it attracts over 100,000 visitors annually. Your cooperation and compliance with this Policy for Usage of the Statehouse and Capitol Complex will ensure you have a successful event/activity. Our goal is to preserve the historic beauty of the Statehouse and Capitol Complex and to ensure the safety of visitors and employees.

c. OFPM controls use of the areas inside the Statehouse on the Ground Level, 1st Floor, 2nd Floor, Statehouse Grounds and other State owned buildings within the Capitol Complex. Use the on-line application on the OFPM website (www.admin.ks.gov/offices/ofpm) to submit an application for use of space in the above mentioned areas. The Event Coordinator can be contacted at 785-296-7909.

d. The Director of Legislative Administrative Services (LAS) controls the use of other areas inside the Statehouse (Legislative Chambers, 3rd, 4th, and 5th floors, Legislative Committee Rooms and other space that is managed by the Legislature). Applications for this space must be submitted to Legislative Administrative Services, Statehouse, Room 549-S or call 785-296-2391 for information.

e. The Kansas State Historical Society is responsible for booking the Auditorium or Classroom areas on Ground Level. Applications for this space must be submitted to the Historical Society. The application is located at http://www.kshs.org/p/facilityuse-kansas-state-capitol/19178 . Questions can be directed to the Tour Guides at 785-296-3966.

f. Commercial activity within the Capitol and on the Statehouse Grounds is prohibited.

g. Event must relate to a governmental purpose.

h. Any damage to property will be billed to the responsible party.

i. The Statehouse is not an Events Center. We will do our best to accommodate your request but may not be able to due to the number of requests that are received or due to the type of event you are requesting to hold.

j. Governor's Office events will take priority in all areas managed by OFPM.

# 2. Application for Use:

a. **Application Procedures.**

   i. Applications to request an event in areas controlled by OFPM must be submitted to and received by the Event Coordinator <u>no later than ten (10) work days prior to the date of the requested activity</u> using the on-line application on the OFPM web site www.admin.ks.gov/offices/ofpm. This is the only method to submit an Application. A confirmation of Receipt of

3

       Application will be returned upon receipt of the e-mailed Application. Other correspondence can be sent to:  Event Coordinator, Office of Facilities and Property Management (OFPM), 700 SW Jackson, Suite 1200, Topeka, KS, 66603.

    ii.    Applications not received on time may be denied permission.

    iii.    All applications MUST include a diagram of layout, must pre-identify all needed equipment (type and quantity) and include a proposed itinerary. The layout and final itinerary must be submitted 2 weeks prior to the event.

    iv.    Changes to any layout must be submitted at least one week prior to scheduled event.  Last minute changes may not be approved.

    v.    Governor's Office events will take priority in all areas managed by OFPM.

**b. Processing Applications.**

    i.    Applications for events will be processed in order of receipt.  The Event Coordinator will process, approve or deny the Application and identify any specific conditions that apply to the requested location.  Applications for events may be submitted up to one (1) year in advance, but approval will not be issued earlier than ninety (90) days prior to the requested event to allow for changes and cancellations.

**c. Fees.**

    i.    Consideration of an Application is contingent upon payment of the Application fee.

    ii.    Application fee:  All applications for Non-Governmental entities will include a $20 processing fee.  Application fee is nonrefundable unless the Application is denied due to a scheduling conflict.

    iii.    The group holding the event will be responsible for collecting and removing all litter created by their group or their visitors.  Failure to do so will result in additional expenses being assessed to the group.  Request for payment of a cleanup fee will be processed and sent to the event Point of Contact (POC), by the Event Coordinator within 30 days and should be paid within 10 days of receipt of invoice.

    iv.    If an Application is denied, the requesting party will be notified by telephone or email.

**d. Commercial Activities.**

    i.    No drawings, raffles or fundraising events in which money is collected will be permitted in the Statehouse or in any other building in the Capitol Complex or on the surrounding grounds except in the following instances:

        (1) The drawing, raffle or fundraising event is sponsored by a State agency in conjunction with United Way or Project Topeka activities.

> (2) The drawing, raffle or fundraising event is in connection with other charitable fundraising activities sponsored by a State agency and approved by the Secretary of Administration or designee.

e. **Final Authority.**

    i.    The Secretary of Administration or designee will have final authority in determining whether an event may be approved, whether the event relates to a governmental purpose and whether or not any provision of this policy may be waived.

f. **Revocation.**

    i.    Approval of an event in the Capitol Complex can be revoked. Approval will be revoked, and an event discontinued when applicable regulations or statutes, or these policies have been violated or when conditions set forth in the application agreement have been breached. During an event, the ranking Capitol Police official in charge may also revoke approval if continuation of the activity presents a clear and present danger to public safety, good order or health or for any violation of applicable statutes, regulations or policies.

g. **Renewal.**

    i.    No exclusive rights to permits or reservations for use of space will be issued for consecutive years by an applicant.

    ii.    Unless otherwise approved, permits to use the steps or grounds of the Statehouse will be for a maximum of eight (8) hours in a 24-hour period.

    iii.    Applicants may not schedule the north and south steps in the same 24-hour period.

    iv.    Serial or repetitive applications must be renewed on a month-to-month basis by submitting a new application.

    v.    Applications for events may be submitted up to one (1) year in advance, but approval will not be issued earlier than ninety (90) days prior to a requested event.

# 3. Limitations and Conditions:

h. **Limitations.**

    i.    Unless otherwise approved, normal event hours are 8:00 am to 4:00 pm, Monday thru Friday. Setups may occur prior to 8:00 am if requested and approved. For safety and security reasons, all property must be removed at the end of each day's events.

    ii.    Overnight stays are NOT permitted.

    iii.    No open flames or candles are allowed **inside** State buildings.

    iv.    All candles used **outside** must have containers that catch the candle wax and prevent the wax from dripping.

v.      If approved, Exhibits may be displayed for up to two weeks during non-session times.

vi.     Musical performances are limited to the hours of 12:00 noon to 1:00 pm. The use of amplification systems, drums and brass instruments are not allowed.  Amplification of music inside the Statehouse is NOT permitted. Use of the piano must be requested and if approved, will only be allowed during the above hours.

vii.    No confetti, balloons, rice, birdseed or other similar substance will be used.

viii.   Gaffers' tape or floor mats must be used to secure cords.

ix.     Minimal fee of $50 will be billed if area is not cleaned after completion of event.

x.      Commercial activity is prohibited.  Refer to Section 2.d. Commercial Activities.

xi.     Fundraising events must be sponsored by a State agency in conjunction with United Way or Project Topeka activities.  Any other State sponsored fundraising event must be a charitable event and be pre-approved.

xii.    Permits for use of the Statehouse grounds does not include inside the Statehouse or other Capitol Complex buildings unless part of the original and approved application.

xiii.   Reservations and permits for an event will be valid in only approved areas and the event will be limited to that area.

xiv.    Events on the Statehouse grounds must not result in damage to or destruction of state property such as buildings, steps, sidewalks, statues, fixtures, grounds, etc.  Any damage to property may be billed to responsible party.

xv.     Under no circumstances may the life safety paths of egress from or to the building be obstructed or blocked.  Activities must not impede or block entrances into the Statehouse, public driveways, and vehicle or pedestrian traffic into or around the Statehouse grounds unless prior authorization to do so has been granted.  Event must not impede the performance of state business.

xvi.    Sponsors of approved outside events that exceed one hour in length may be required to provide portable restrooms as dictated by Shawnee County Environmental Code.  Portable restrooms are NOT permitted on State property.  Restroom locations and permits are to be coordinated by event POC and the City of Topeka.

xvii.   Sound systems will not be used outside during inclement weather.

xviii.  Sound systems provided by the Department of Administration will be permitted for use within the Capitol Complex.  Exceptions for other systems must be requested and approved by Event Coordinator.  OFPM personnel will provide services and monitor noise levels.  OFPM

6

Maintenance personnel will inspect all electrical systems. Department of Administration reserves the right to limit the noise level of sound systems.

xix. No banners, signs, exhibits or any other materials will be taped, tacked, nailed, hung or otherwise placed in any manner within the Capitol Complex. Banners and signage, as part of the event, may be attached to easels, tables and/or panels.

xx. No leaflets or handouts may be distributed unless approved as an authorized exhibit or event and in the designated area of the event.

xxi. No intoxicating beverages or substances will be allowed in the Capitol Complex buildings or on the grounds.

xxii. No person will be allowed to bring personal signage to any building in the Capitol Complex. Security is authorized to confiscate signs.

xxiii. Drones are not approved. The area around the Statehouse and Capitol Grounds is the hunting area for the Peregrine Falcon which is a protected species. The area inside the Capitol contains fire alarm sensors.

i. **Conditions.**

i. Event must relate to a governmental purpose.

ii. Application must have a legislative sponsor for activities held inside the Capitol and outside on the grounds.

iii. Application must be complete and have an event setup diagram.

iv. An itinerary is required to be submitted prior to approval of the event.

v. The Department of Administration reserves the right to limit the number of events held in an area to prevent conflicts as to time, place, manner or duration of the event with other events for which permits have been issued or are pending. All events will be reserved on a first-come, first-served basis.

vi. Inaugural events shall take priority over any and all other events as needed.

vii. Governor's Office events will take priority in all areas managed by OFPM.

7