LCCP-2012
060112

## Legislative Coordinating Council

### General Policies

Policy 1. Retroactive travel authorization; delegate changes. Retroactive approval will not be given for attendance by any legislator at a meeting or course of training but when prior approval by the LCC could not have been given at a previous meeting approval may be given in advance by the chairperson or vice-chairperson of the LCC with a report thereof to the next Council meeting. Whenever a legislator is authorized to attend a seminar or other meeting and is unable to do so, the officer who selected such legislator may select another legislator as a replacement. (Adopted May 4, 1976; amended Nov. 4, 1991.)

Policy 2. Deductions from travel and subsistence expense reimbursements. In any case where all or any portion of the expenses of a legislator for attending any meeting is paid directly to the legislator by others than this state the amount of any such payment shall be deducted from the amount which would otherwise be reimbursable expense by this state. No legislator shall claim subsistence expenses or allowances more than once for the same day. Members of the legislature shall be billed for meals, the cost of which is paid for from state funds, received on any day for which such members receive expense allowances in amounts prescribed by law for attendance at meetings authorized by the LCC. (Adopted May 4, 1976; amended Nov. 4, 1991.)

**Note:**

Legislators, expenses not to exceed actual, K.S.A. 75-3212(e), 75-3213.

Policy 3. ~~Charge of expenses~~. (Adopted May 4, 1991; revoked Nov. 4, 1991.)

Policy 4. Travel authorization. (a) Any member of the LCC is authorized to travel in-state or out-of-state to perform duties determined necessary by such member. Staff members in the offices of individual members of the LCC and in the office of the vice-president of the senate are authorized to travel in-state or out-of-state to perform duties specified by the member of the legislature in whose office the staff member is employed.

(b) On and after January 12, 1998, any officer of a political party caucus of the Kansas legislature is authorized to travel in-state to attend a meeting of the officers of such caucus called to consider matters of legislative interest. The authorization under this subsection is limited to four meeting days during any calendar year.

(c) The revisor of statutes and any member of the staff in the office of the revisor when authorized by the revisor, the director of the legislative research department and any member of the staff of the legislative research department when authorized by the director and the director of legislative administrative services and any member of the staff of the division of legislative administrative services when authorized by the director are authorized to travel in-state or out-of-state to perform duties specified by any of such officers. Any officer authorizing travel pursuant to this policy shall report the same to the LCC. (Adopted May 4, 1976; amended Nov. 4, 1991; amended Nov. 24, 1997; amended February 16, 1998.)

**Note:**

LCC members, authorization and amounts, K.S.A. 46-1209(c), 75-3212.

Def-007070

agency, only when such compensation and the employment to which it relates are specifically approved in writing by the head of the legislative agency in which the person is employed, and then only subject to the following limitations:

(1) In the case of the head of each of the above named legislative agencies, prior approval of the LCC shall be necessary, and in the case of the post auditor, approval of the legislative post audit committee shall be necessary before application for approval is made to the LCC.

(2) The head of any such legislative agency may prohibit all such compensation and second employments that are the subject of this policy, except reimbursement or allowances for actual expenses and fees for duties required by law. (See also, paragraphs (5) and (6).)

(3) No such second employment or compensation shall be approved which would result in a conflict of interest for the person employed.

(4) No such second employment or compensation shall be approved that would impair, disrupt or in any way detract from the work assignment of such employee or the activities of the legislative agency in which the person is employed.

(5) Nothing in this policy shall be construed to prohibit any employee from providing services to or for members of the employee's family, except when specified by the legislative agency head.

(6) Nothing in this policy shall be construed to prohibit any employee from performing gratuitous services, except when specified by the legislative agency head.

(b) All compensation and the employment to which it relates which is approved by the head of any legislative agency pursuant to this policy shall be reported to the LCC. (Adopted July 12, 1979.)

Policy 43. Use of house and senate chambers, committee rooms and rooms 240-N and 241-N 212-N and 212A-N, by other than the legislature. )a( The following restrictions apply to consumption and the presence of food and beverage in the house and senate chambers and capitol committee rooms:

1. During legislative sessions and during interims between sessions, food and beverages are allowed in the house of representatives chamber and the senate chamber as determined by the speaker of the house and the president of the senate, respectively, or in accordance with rules of the respective chamber, or both.

2. During committee hearings in capitol committee rooms, committee members and legislative staff may consume food and beverages as determined by the committee chairperson but no food or beverage is allowed in the audience area.

3. When no committee hearing is being held in a capitol committee room, there are no restrictions on food and beverages consumed in the room by legislators or legislative staff. Consumption of food or beverages by persons other than legislators or legislative staff, whether with or without legislators present, is restricted to box-style meals only and buffet-style meals involving filling of a plate are prohibited.

4. Serving vessels, carts and other objects with food, beverage or other related items are not allowed in capitol committee rooms and must remain in the hallway or foyer.

5. The organization, caterer, host or sponsoring legislator is responsible for cleaning up all food, beverages and related items in the capitol committee room, hallway or foyer in a timely fashion so the room is ready for the next committee meeting.

6. The organization, caterer, host or sponsoring legislator is responsible for immediately notifying housekeeping or legislative administrative services of any spill or mess needing clean up attention.

Def- 007071

(b) The house of representatives and senate chambers, legislative committee rooms, their common areas, and rooms 212-N and 212A-N, are available for use by other than legislators, the house and senate and committees thereof, including special and select committees, subject to the following limitations:

1. Use of the chambers and committee rooms by the senate and house of representatives and legislative committees take priority over all other usage.

2. State political party committees organized in accordance with Article 38 of Chapter 25 of the Kansas Statutes Annotated and other committees of such parties may be granted permission to use the chambers and committee rooms.

3. State agencies may be granted permission to use the chambers and committee rooms for ceremonial purposes, for conduct of educational programs or examinations, or for other activities in the conduct of state business. Other governmental agencies may be granted permission to use the chambers and committee rooms in the conduct of educational programs or in discharging their governmental duties.

4. Private nonprofit organizations may be granted permission to use the chambers or committee rooms for programs designed for education in the state legislative process. No such organization shall be granted permission to use such chambers or committee rooms for the conduct of programs in which participation is limited or restricted on the basis of race, color, religion, sex, age, handicap, cultural heritage or national origin or ancestry, except that permission may be granted for the use of such chambers or committee rooms by youth groups consisting only of either boys or girls.

5. Rooms 212-N and 212A-N are reserved for use by state officials for special ceremonial and other official business uses in accordance with the provisions of K.S.A. 75-3765a and amendments thereto.

(c) Any disruptive activity or a violation of this policy will result in immediate revocation of the privilege of any organization, state agency or other governmental agency using the chambers or committee rooms and may result in such organization or agency being expelled and ejected from the chambers or committee rooms.

(d) Requests for the use of the chambers or committee rooms shall be made to the director of legislative administrative services. Requests for the use of committee rooms made under (b)(4) shall be made on forms provided by the director. The director shall maintain a record of all applications for use of the chambers and committee rooms and the disposition thereof. Committee rooms authorized for use in accordance with this policy shall be assigned by the director.

(e) The director of legislative administrative services shall submit requests for use of the house of representatives chamber to the speaker, majority leader and minority leader of the house for determination thereof by majority vote of such officers. The speaker pro tem of the house shall act for the speaker when the speaker is unavailable.

(f) The director of legislative administrative services shall submit requests for use of the senate chamber to the president, majority leader and minority leader of the senate for determination thereof by majority vote of such officers. The vice president of the senate shall act for the president when the president is unavailable.

(g) Requests for use of committee rooms submitted under subsection (e) (d) of this policy shall be approved or denied by the director in accordance with the provisions of this policy.

(h) The director shall submit a recommendation with each request for use of the house of representatives or senate chambers and shall provide such information as may be useful for making the above determinations. (Adopted Sept. 10, 1979; amended February 16, 1998;

Def - 007072

amended August 5, 1998; amended November 13, 2012.)

Policy 44. <u>Employment of legislative employees upon basis of qualifications</u>. The director of legislative administrative services shall, in accordance with K.S.A. 46-1212a, employ such persons to provide staff services to the legislature as may be directed by the LCC. The employment of such persons shall be based solely upon their qualification to provide the services required and such employment or denial of employment shall not be based upon the person's eligibility for retirement benefits authorized under Section 14 of Chapter 318 of the Laws of 1984. The director of legislative administrative services shall document all inquiries regarding eligibility for retirement benefits pursuant to Section 14 of Chapter 318 of the Laws of 1984 made by persons seeking employment by the legislature and shall report the same to the LCC at its meeting next following the receipt of such inquiry. (Adopted Sept. 7, 1984.)

Policy 45. ~~Smoking in legislative areas of capitol.~~ (Adopted June 8, 1987; revoked June 26, 1995.)

Policy 46. <u>Compensation for overtime work by temporary legislative employees</u>. It is the policy of the LCC that work assignment of temporary legislative employees be performed during the normal 40-hour work week of such employees. Except as otherwise specifically authorized in accordance with the provisions of this policy no temporary legislative employee shall be compensated for working overtime. Payment of compensation for overtime work by temporary legislative employees shall be paid only in extreme work load situations for which a written request describing such work and justifying the need therefor has been submitted to and been approved by the unanimous approval of the LCC subcommittee on salaries prior to the performance of such work. (Adopted December 4, 1990.)

Policy 47. <u>Distribution of newspaper clippings</u>. Not more than three sets of the daily newspaper clippings will be distributed to the office of each member of the LCC. Distribution can be made to legislative staff offices but no further distribution will be made of such clippings except two copies can be distributed to the state library, if requested by such agency. (Adopted Jan. 12, 1981; amended Nov. 4, 1991.)

Policy 48. <u>Distribution of KARs</u>. Members of the joint committee on administration rules and regulations will be issued full sets of KARs w/supplements for use in their committee deliberations. Application for yearly supplements will be made to the director of legislative administrative services. (Adopted July 2, 1981.)

Policy 49. <u>Adjunct speakers to the house and senate sound systems</u>. Installation of adjunct speakers (orators) to the house and senate sound systems will be limited to leadership offices of the legislature and nonlegislative offices having a need therefor as determined by the LCC. Applications for additions to the system will be made to the director of legislative administrative services who will investigate and make recommendations to the LCC. If the installation is approved, nonlegislative agencies will be responsible for payment of installation and equipment costs as well as any ongoing monthly charges. (Adopted Nov. 4, 1991.)

Policy 50. <u>Nepotism</u>. It is LCC policy that members of the immediate family of members of the legislature will not be employed in the house or senate or by any legislative staff agency. A

Def - 007073

# LCC Policy 43.

Use of house and senate chambers, committee rooms and rooms 240-N and 241-N 212-N and 212A-N, by other than the legislature. (a) The following restrictions apply to consumption and the presence of food and beverage in the house and senate chambers and capitol committee rooms:

1. During legislative sessions and during interims between sessions, food and beverages are allowed in the house of representatives chamber and the senate chamber as determined by the speaker of the house and the president of the senate, respectively, or in accordance with rules of the respective chamber, or both.

2. During committee hearings in capitol committee rooms, committee members and legislative staff may consume food and beverages as determined by the committee chairperson but no food or beverage is allowed in the audience area.

3. When no committee hearing is being held in a capitol committee room, there are no restrictions on food and beverages consumed in the room by legislators or legislative staff. Consumption of food or beverages by persons other than legislators or legislative staff, whether with or without legislators present, is restricted to box-style meals only and buffet-style meals involving filling of a plate are prohibited.

4. Serving vessels, carts and other objects with food, beverage or other related items are not allowed in capitol committee rooms and must remain in the hallway or foyer.

5. The organization, caterer, host or sponsoring legislator is responsible for cleaning up all food, beverages and related items in the capitol committee room, hallway or foyer in a timely-fashion so the room is ready for the next committee meeting.

6. The organization, caterer, host or sponsoring legislator is responsible for immediately notifying housekeeping or legislative administrative services of any spill or mess needing clean up attention.

(b) The house of representatives and senate chambers, legislative committee rooms, their common areas, and rooms 212-N and 212A-N, are available for use by other than legislators, the house and senate and committees thereof, including special and select committees, subject to the following limitations:

1. Use of the chambers and committee rooms by the senate and house of representatives and legislative committees take priority over all other usage.

2. State political party committees organized in accordance with Article 38 of Chapter 25 of the Kansas Statutes Annotated and other committees of such parties may be granted permission to use the chambers and committee rooms.

3. State agencies may be granted permission to use the chambers and committee rooms for ceremonial purposes, for conduct of educational programs or examinations, or for other activities in the conduct of state business. Other governmental agencies may be granted permission to use the chambers and committee rooms in the conduct of educational programs or in discharging their governmental duties.

4. Private nonprofit organizations may be granted permission to use the chambers or committee rooms for programs designed for education in the state legislative process. No such organization shall be granted permission to use such chambers or committee rooms for the conduct of programs in which participation is limited or restricted on the basis of race, color, religion, sex, age, handicap, cultural heritage or national origin or ancestry, except that permission may be granted for the use of such chambers or committee rooms by youth groups consisting only of either boys or girls.

Def - 006278

5. Rooms 212-N and 212A-N are reserved for use by state officials for special ceremonial and other official business uses in accordance with the provisions of K.S.A. 75-3765a and amendments thereto.

(c) Any disruptive activity or a violation of this policy will result in immediate revocation of the privilege of any organization, state agency or other governmental agency using the chambers or committee rooms and may result in such organization or agency being expelled and ejected from the chambers or committee rooms.

(d) Requests for the use of the chambers or committee rooms shall be made to the director of legislative administrative services. Requests for the use of committee rooms made under (b)(4) shall be made on forms provided by the director. The director shall maintain a record of all applications for use of the chambers and committee rooms and the disposition thereof. Committee rooms authorized for use in accordance with this policy shall be assigned by the director.

(e) The director of legislative administrative services shall submit requests for use of the house of representatives chamber to the speaker, majority leader and minority leader of the house for determination thereof by majority vote of such officers. The speaker pro tem of the house shall act for the speaker when the speaker is unavailable.

(f) The director of legislative administrative services shall submit requests for use of the senate chamber to the president, majority leader and minority leader of the senate for determination thereof by majority vote of such officers. The vice president of the senate shall act for the president when the president is unavailable.

(g) Requests for use of committee rooms submitted under subsection (c) (d) of this policy shall be approved or denied by the director in accordance with the provisions of this policy.

(h) The director shall submit a recommendation with each request for use of the house of representatives or senate chambers and shall provide such information as may be useful for making the above determinations. (Adopted Sept. 10, 1979; amended February 16, 1998; amended August 5, 1998; amended November 13, 2012.)

# LCC Policy Directive IV. Room Usage.

Because of prior violations of Legislative Coordinating Council Policy 43, refusal to comply with Policy 43 reservation requirements for the privilege of using rooms under the jurisdiction of the Legislative Coordinating Council and failure to meet the requirements of Policy 43 for the privilege of using rooms under the jurisdiction of the Legislative Coordinating Council, the Kansas Territorial Agricultural Society, the Mark Kline Drake's Christian Court, the Constitutional Court and the alleged chief notarial officer of the Kansas state are to be excluded from use of any rooms under the jurisdiction of the Legislative Coordinating Council. (September 16, 1998)

Def - 006279



State of Kansas
# Legislative Administrative Services

300 SW 10th Ave   Suite 551-S   Topeka, Kansas 66612   Telephone: (785) 296-2391   Fax: (785) 296-1153   TTY: 711   Email: LegServ@las.ks.gov

Thomas A. Day
Director

## LCC Policy #43

## Food and Beverage Policy

### House and Senate Chambers
Food and beverage usage would be determined by the Speaker and the President, respectively, and/or by chamber rules for both the regular Legislative session and the interim between sessions.

Capitol Committee Rooms
During hearings:
- The committee chair would determine food and beverage restrictions for committee members and legislative staff.
- No food or beverage would be allowed in the audience area.
- At other times, there would be no restrictions on food and beverages being consumed only by legislators and/or legislative staff.
- Food to be consumed by other persons, whether with or without legislators present, would be restricted to box style meals only. Buffet style meals involving filling a plate would be prohibited.
- Serving vessels, carts and other objects with food, beverage and/or other related items would be required to remain in the hallways and/or foyers.
- The organization, caterer, host or sponsoring legislator would be responsible for clean up in a timely fashion for room to be ready for the next committee meeting.
- The organization, caterer, host or sponsoring legislator would be required to notify housekeeping or Legislative Administrative Services immediately of any spill or mess needing clean up attention.

Def - 006270

STATE OF KANSAS



TOPEKA

———

HOUSE OF
REPRESENTATIVES

SUSAN W. KANNARR, J.D.
CHIEF CLERK
E-Mail: susan.kannarr@house.ks.gov

STATEHOUSE
300 S.W. 10TH STREET
STE 272-W
TOPEKA, KANSAS 66612-1504
(785) 296-7633

POLICIES FOR USE OF THE HOUSE OF REPRESENTATIVES CHAMBER

The Kansas House of Representatives is to be used in a manner befitting the history and purpose of the legislative chamber and conduct in the statehouse should reflect well on the group using it. Disrespectful behavior and/or property damage will not be tolerated and shall result in the group being denied future access. Costs may be assessed for damage, breakage, lost or stolen equipment. You should be aware that if your event occurs outside of regular business hours, a fee may apply to provide the services of a sergeant-at-arms.

The following rules shall be observed by any group using the chamber:

- A schedule for the event must be filed with the Chief Clerk prior to the start of the program including the name of the sponsor attending the event.
- Items on the desks shall not be disturbed and participants shall not attempt to open any of the desk drawers.
- No food or beverage is allowed in the chamber at any time.
- No electronic equipment including microphones, lighting or voting system screens is to be turned on or tampered with in any way unless given prior permission and specific instruction.
  - Use of the sound system is prohibited unless such use is scheduled in advance. A responsible party, who will be in attendance at the event, must arrange to receive instructions by the Chief Clerk, or a designee, prior to the start of the program.
- Use of the network cables and power cords on desks is prohibited.
- No placards or banners are to be erected; nothing shall be attached to the walls or furniture in any way.
- No furniture shall be moved without permission; wooden blinds shall not be adjusted.
- No request should be made to the office staff for the use of telephones, fax, copy machines, etc.
- Use of the House chamber shall not conflict or interfere with access to any area of the building.
- At the end of the event, all chairs should be straightened, trash collected, materials removed from the desks and the chamber left in the same condition as it was prior to your use. Recycling bins are available at the front of the chamber.

Questions about these policies may be directed to the Chief Clerk of the House, Susan Kannarr, at 785-296-7633 or susan.kannarr@house.ks.gov.

Approved: Representative Ron Ryckman, Speaker of the House, January 2017

Def - 006271

**INFORMATION FOR CATERERS**

**AND SPONSORING LEGISLATOR**

**SETUP OUTSIDE COMMITTEE ROOMS**

TO: Caterer

FROM: Legislative Administrative Services

According to information given to us, you are providing lunch to a group at the Capitol. Here are some things to be aware of:

1. Please call security at 296-5512 a day before your catering event. Security personnel will give you directions on where to unload.
2. Set up **outside** the committee room. Statehouse rules prohibit food service inside the committee/conference rooms. Attached is a copy of the Legislative Coordinating Council Policy. All caterers and sponsors are ask to read.
3. Set up should be done 15 minutes prior to arranged start time.
4. There will be a **maximum** of 2 six foot tables available for your use. **Do not** take tables from other areas.
5. Set up should be taken down by the end of meeting time. Keep in mind a committee may follow. Be courteous of those that follow.
6. **All food trash** needs to be removed from the committee room.
7. If facilities ask you to move tables, do so. They are aware of fire codes and are doing so to help with flow of foot traffic. What may be convenient for you may not be for the space you are given to do your set up. Please be flexible. Be aware that there are a lot of people in the halls of the Capitol.
8. If you have any questions, please give LAS a call at 296-2391.

Def - 006272

OFFICE OF THE SENATE PRESIDENT



SENATOR SUSAN WAGLE
30TH DISTRICT

300 SW 10th, Room 333-E                                                    Topeka, KS 66612

# Use of the Kansas Senate Chamber

Please keep in mind the Senate Chamber is a dignified and historic space. All who are permitted to use it must treat it with the respect it deserves and must conduct themselves appropriately. Event sponsors will be held responsible for the decorum of other guests.

This is one of the most ornate and beautiful chambers in the nation. It was completed in 1873 and has undergone extensive restoration over the past decade. The senators' desks are handmade from wild Kansas cherry wood and are over 100 years old. The President's rostrum is crafted from Honduran mahogany.

Recognizing its historic and legislative significance, we require those who use the chamber for other purposes to adhere to the following:

- Absolutely no posters, placards, signs or banners of any kind may be used in the Chamber. No exceptions will be made.

- A schedule, program, agenda and/or copy of any press materials must be provided to the Secretary of the Senate and the Senate President's Office before the event.

- Audio-visual presentations (slides/films/PowerPoint, etc.) are not permitted in the Senate Chamber.

- No food or drink is permitted in the Chamber at any time.

- The sound system is not to be used EXCEPT with the express permission and guidance of the Secretary of the Senate.

- Furniture may not be moved without permission from the Secretary of the Senate or the Senate President's Office.

- If your group has been given specific permission to use the Senate desks and chairs:

  o   Sit carefully in Senate chairs so you do not
      run into or mar the chair or any desks around you.

  o   Keep in mind that the desks represent personal office space for an elected Senator;
      do not disturb items on the desk – including the telephones – or open desk drawers.

  o   When writing at a Senate table or desk always put a notebook or pad
      under the paper to protect the finish on the table or desktop.

- The Sergeant-at-Arms or a member of his staff must be present for groups using the Chamber on evenings and weekends. Fees may apply

**Senate President Susan G. Wagle**

01/14/2013

Def - 006274

ANY REQUEST TO USE A COMMITTEE ROOM OR LEGISLATIVE SPACE MUST BE IN WRITING AND SUBMITTED TO THE DIRECTOR OF LAS, PER LCC POLICY 43. THE REQUEST MUST INCLUDE THE NAME OF THE GROUP, THE DATE, TIME PERIOD AND PURPOSE FOR THE ROOM USE. HELPFUL IS ALSO THE APPROXIMATE NUMBER OF ATTENDEES. IF THE REQUEST IS FROM A NON-STATE AGENCY, A LEGISLATIVE SPONSOR IS NEEDED. THAT SPONSOR CONTACTS THE DIRECTOR OF LAS TO CONFIRM.
Email your request to tom.day@las.ks.gov

All rooms are requested through LAS. Please have your sponsor before making your request to Mr. Day. If you are requesting hall space on 3rd through 5th floor that would be LAS. If the space (rotunda/hall) is 1st or 2nd floor that would be the Department of Administration at 296-7909. Space in the Visitors Center is through Historical Society go to website @ kshs.org and click on the Education tab. Or call 296-3966

ANY REQUEST TO USE A COMMITTEE ROOM OR LEGISLATIVE SPACE MUST BE IN WRITING AND SUBMITTED TO THE DIRECTOR OF LAS, PER LCC POLICY 43. THE REQUEST MUST INCLUDE THE NAME OF THE GROUP, THE DATE, TIME PERIOD AND PURPOSE FOR THE ROOM USE. HELPFUL IS ALSO THE APPROXIMATE NUMBER OF ATTENDEES. IF THE REQUEST IS FROM A NON-STATE AGENCY, A LEGISLATIVE SPONSOR IS NEEDED. THAT SPONSOR CONTACTS THE DIRECTOR OF LAS TO CONFIRM.
Email your request to tom.day@las.ks.gov

All rooms are requested through LAS. Please have your sponsor before making your request to Mr. Day. If you are requesting hall space on 3rd through 5th floor that would be LAS. If the space (rotunda/hall) is 1st or 2nd floor that would be the Department of Administration at 296-7909. Space in the Visitors Center is through Historical Society go to website @ kshs.org and click on the Education tab. Or call 296-3966

Def - 006273