

*Law Enforcement Use Only*

# KANSAS HIGHWAY PATROL

## CAPITOL POLICE

915 Harrison, Room 145
Topeka, Ks 66612
(785) 296-3420

*Information NOT to be released outside this agency*



## TRESPASSING

| | |
|---|---|
| Name: | Rodney Lavell Broadnax |
| AKA | |
| DOB: | ▬▬▬▬ |
| DL: | ▬▬▬▬ |
| Race/Gender: | BM |
| LKA: | 1611 SW Central Park, Topeka |
| Height/Weight: | 608/200 |



**Subject Banned From:**
All State Complexes



Rodney Lavell Broadnax
II. DOB: ▬▬. ID
Card: ▬▬▬▬

**Level of contact**

____ **Threat** __ death __ physical harm __in person __written __ phone

____ **Intimidation** (threats with conditions) __ death __ physical harm

____ **Manipulations** (statements with no physical threat) __in person __written

____ **Escalations** (actions intended to cause fear) __in person __sent item

__X__ **Other** (suspected mental concerns, etc.)

10-05-2018 Updated picture

Def - 007093

*Law Enforcement Use Only*



# KANSAS HIGHWAY PATROL

## CAPITOL POLICE

915 Harrison, Room 145

Topeka, Ks 66612

(785) 296-3420



***Information NOT to be released outside this agency***

Rodney was identified in the parking lot Lot # 1 of the JC this AM trying to open vehicle doors and acting Signal 3 and is being observed in the area more and more. Be aware of him and past behaviors.

LT LEE K1096

06-16-2017

**TPD case #    201700057512 06-15-2017 20:23 Stabbing 1200 Block N Harrison**

V O'Dell, William W M ▮▮▮▮▮▮

S Broadnax, Rodney B M ▮▮▮▮▮▮▮

Dispatched to the North Topeka Kwik Shop on a possible stabbing. The victim was located in front of the business and had been stabbed
three times in the neck. He was identified as William O'Dell W/M ▮▮▮▮▮▮▮ and was taken by AMR to Stormont Vail code yellow and
directly into trauma. The possible scene was in front of 1228 N Harrison and the suspect was identified as Rodney Broadnax Jr B/M ▮▮▮▮
▮▮▮▮ The Harrison address was standing open and was cleared and held for CIB who will be writing a warrant for the house. Broadnax
was located walking across Topeka bridge

**Extended Narrative:** (initial & time stamp each entry or modification)

Rodney Broadnax was caught in the Statehouse on a legislator's computer on 27 February 2008.  He was arrested for criminal trespass and theft.  He was in the Mills Office Building several times and had taken approximately $2400 of camera equipment from the building.  He was ordered not to return to any state office building or the police would arrest him.

Def - 007094

*Law Enforcement Use Only*



# KANSAS HIGHWAY PATROL
## CAPITOL POLICE
915 Harrison, Room 145
Topeka, Ks 66612
(785) 296-3420



**Information *NOT* to be released outside this agency**



OLD TN ID PHOTO          AS HE APPEARED 08/08/2018

Name:  Depew, Daniel T.

AKA

DOB: ████████

DL: TN: ████████

Race/Gender: W/M

LKA:  Homeless

Height/Weight: 5'11  155 lbs.

## Level of contact

____   **Threat**  __ death  __ physical harm  __in person  __written  __ phone

____   **Intimidation** (threats with conditions)  __ death  __ physical harm

____   **Manipulations** (statements with no physical threat)  __in person  __written

____   **Escalations** (actions intended to cause fear)  __in person  __sent item

**X**   **XXX  Other** (suspected mental concerns, etc.)

---

**Officer Creating Document, Location, Authority, Duration, Case# & Date:** P. R. Saleh, Statehouse, P. R. Saleh/Legislative Services, Indefinite, 2018-011123, 08/08/2018.

---

**Officer Revising Document, Location, Authority, Duration, Case# & Date:**

---

Def - 007095

*Law Enforcement Use Only*



# KANSAS HIGHWAY PATROL
## CAPITOL POLICE
915 Harrison, Room 145
Topeka, Ks 66612
(785) 296-3420
### *Information NOT to be released outside this agency*



**Officer Revising Document, Location, Authority, Duration, Case# & Date**:

**Officer Revising Document, Location, Authority, Duration, Case# & Date:**

**Officer Revising Document, Location, Authority, Duration, Case# & Date:**

**Officer Revising Document, Location, Authority, Duration, Case# & Date:**

**Officer Revising Document, Location, Authority, Duration, Case# & Date:**

**Officer Revising Document, Location, Authority, Duration, Case# & Date:**

**Officer Revising Document, Location, Authority, Duration, Case# & Date:**

**Narrative:** (initial & time stamp each entry or modification)

.

    On Wednesday 08/08/2018 at 1650 hours I, Officer Patrick Saleh, was working X-RAY at the visitor's center of the Kansas Statehouse, located at 300 SW. 10th AVE.  At this time Dana Wurdeman from Legislative Services, called the desk phone, and advised me that there was a white male, with jeans, red hair, and a hat, standing outside of the 5th floor women's restroom touching himself inappropriately through his clothes.  Officer Ernie Lang (K-1097) came with me as a backup officer.

    The subject had moved from this location, by the time I had made it upstairs, but with the aid of Central Monitoring, I was able to locate the subject on the 1st floor of the building.  I made contact with the subject, identified myself, and explained the reason for the contact.  I identified the subject by name/DOB/and Tennessee DL NLETS Photos as Daniel Depew (TN: ▮▮▮▮▮▮▮▮).  Depew denied being on the 5th floor or touching himself inappropriately.  Depew told me that he was lost and was looking for the way out of the building.  Depew also told me that he used to live in Tennessee, but has been passing through different areas.  Depew spoke slowly, seemed somewhat confused, and based on my training and experience, I believe him to be suffering from a mental disability.   I also believe that given Depew's statements he is most likely homeless.

    I escorted Depew to the visitor's center to show him the exit.   Once at the visitor's center, Wurdeman and a group of employees from legislative services just happened to be exiting the building.  They confirmed to me that I had the correct subject.  As such, I explained to Depew that his behavior was inappropriate and unacceptable.  I further advised Depew that he was to leave the building and not enter it ever again, or that he would be arrested.  I asked Depew if he understood, and he told me that he did.  I then ejected Depew from the building.

    I have added Depew to the trespass warning file, maintained on the KHP Troop K Share drive.
NOTHING FURTHER
PRS 08/08/2018

Def - 007096