| | | |
|---|---|---|
| Last Name **Cole** | **KANSAS HIGHWAY PATROL** | Page __1__ of __1__ |
| First **Jonathan** | | Report Date: **04/08/2019** |
| Middle **T** | **Incident Narrative Report** | Case Number: **2019004803** |
| D.O.B. ▮▮▮▮   Age ▮▮ | | Type of Report: **Supplement to Report** |

| Date of Occurrence 03/27/2019 | Time 11:00 | Location 300 SW 10th Topeka  KS 66612 | County Abbrev. and Name SN   SHAWNEE |
|---|---|---|---|

**Narrative Report**

On 03-27-2019 I was on a day off until I was called by KHP Governmental affairs. I was informed about an incident which had occurred at the Statehouse. I was informed that there were several large banners which were hung from the Statehouse rotunda area. I was informed that Legislative Services Director Tom Day had first contact with the group. I was told Capitol Police spoke with them, and checked their information. I was told they had escorted them out the building. Governmental affairs just wanted me to be aware. After that call ended LEO Jackson (who was working at another post assignment) called me and told me what he had heard. Later that day I was called by my boss Captain Harrington and was asked if we had banned anyone. We had both been sent a message from Tom Day asking if we had banned anyone for a year. During my conversation with Governmental affairs and Officer Jackson nothing was mentioned about anyone actually being banned. I told my Captain that no one was banned. I informed the Captain that I will make some calls to verify that. I made contact with LEO Scott Whitsell. He informed me that he had banned them for a year. I decided to overturn the ban. I called Captain Harrington, Tom Day, and Governmental affairs to inform them that 3 people were in-fact banned. I informed them that I was going to cancel the ban. The next day 03-28-2019 while working at KDOR I had dispatch find phone numbers for the subjects. I started to make phone calls to the subjects. The subjects are as follows...

Subject # 1 - Katherine Sullivan  DOB 08/03/1997

Subject #2 - Jonathan T. Cole  DOB 01/09/1996

Subject #3 - Nathaniel Faflick DOB 09/18/1996

Notes:

- I did not talk with Katherine Sullivan but left her a message.

- I made contact with Jonathan T. Cole and informed him he was no longer banned, and could return to the Statehouse. I asked if he had a way to get in contact with Katherine Sullivan and give her my number. He said he would talk with her and let her think it over.

- I make contact with Nathaniel Faflick and informed him that he was no longer banned and could return to the Statehouse.

- I was working at KDOR DL location when I made the phone calls to the three subjects on 03/28/2019.

E.O.R.

LAW ENFORCEMENT
OFFICIAL USE ONLY
NOT TO BE REPRODUCED

| Reporting Officer Eric Hatcer | Radio # 1078 | Troop K | Zone | Reporting Officer Signature |
|---|---|---|---|---|