





P00003



P00004



P00005