## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JONATHAN T. COLE, ET AL.,

    Plaintiffs,

    v.

DUANE GOOSEN ET AL.,

    Defendants.

Case No. **19-4028-HLT-ADM**

### **INITIAL ORDER REGARDING PLANNING AND SCHEDULING**

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of all civil cases. With this goal in mind, the undersigned U.S. Magistrate Judge Angel D. Mitchell, will conduct a scheduling conference in this case in accordance with Fed. R. Civ. P. 16 on **August 13, 2019 at 11:00 a.m.** The conference will be held in Room 470 of the U.S. Courthouse in Topeka, Kansas. The parties may appear in person or by telephone. Attorneys wishing to appear by telephone may do so by sending an email to chambers seven (7) calendar days before the date of the hearing.

The parties, in person and/or through counsel, must confer as required by Fed. R. Civ. P. 26(f) by **July 23, 2019**. Generally, discussion at the planning conference must address the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including using mediation or other methods of alternative dispute resolution; making or at least arranging for the disclosures required by Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; developing a discovery plan; discovery of electronically stored information (ESI); and a proposed scheduling order. More specifically, the agenda items that must be addressed during this conference include those set out in Fed. R. Civ. P. 16(c)(2)(A)-(P) and

Fed. R. Civ. P. 26(f)(3)(A)-(F), <u>and</u> a proposed scheduling order using the form available at the following website:

*http://ksd.uscourts.gov/index.php/judge/angel-d-mitchell/*

The parties must work together to draft a proposed scheduling order using this form.[1]  The parties should note any points of disagreement in the proposed scheduling order and include a brief explanation of the parties' respective positions.  By **August 6, 2019**, plaintiff(s) must submit the following:

(1) a redlined version of the proposed scheduling order that shows all changes to the proposed scheduling order form, and

(2) a clean version of the proposed scheduling order.

Both versions of the document shall be submitted in Word format as an attachment to an email sent to *ksd_mitchell_chambers@ksd.uscourts.gov*, along with copies of the parties' Rule 26(a) initial disclosures.  The proposed scheduling order must <u>not</u> be filed with the clerk's office.

If you have questions concerning the requirements of this order, please contact the undersigned judge's courtroom deputy, Heather Tildes, at (785) 338-5480, or by email at *ksd_mitchell_chambers@ksd.uscourts.gov*.

**IT IS SO ORDERED.**

Dated July 10, 2019, at Topeka, Kansas.

s/Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge

---

[1] The undersigned does not require the parties to submit a Report of Parties' Planning Conference.