**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**March 20, 2020**

_____

**Christopher M. Wolpert**
**Clerk of Court**

JONATHAN T. COLE; KATIE
SULLIVAN; NATHANIEL FAFLICK,

    Plaintiffs - Appellants,

v.

DUANE GOOSSEN, in his official
capacity as Secretary of Administration;
TOM DAY, in his official capacity as
Legislative Administrative Services
Director; HERMAN JONES,
Superintendent of Kansas Highway Patrol,

    Defendants - Appellees.

No. 19-3196
(D.C. No. 5:19-CV-04028-HLT-ADM)
(D. Kan.)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of

the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed.

R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as

the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk